In the Matter of the Estate of MARION BORDEN, Deceased.

JOHN B. HAMILTON, Appellant; TRUSTEES OF MASONIC HALL AND ASYLUM FUND et al., Respondents.

(Submitted April 24, 1933; decided April 28, 1933.)

468

*John A. Dutton* for motion.
*Francis Colety* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.